UNITED STATES DISTRICT COURT
MIDDLE DISTRICT
JACKSONVILLE DIVISION

MICHAEL G. HARRIS,

    Plaintiff,

v.                            Case No.: 3:00-cv-1297-J-12MCR

CORRECTIONS CORPORATION
OF AMERICA, et. seq.,

    Defendant(s).
_____/

## PLAINTIFF'S WITNESS LIST

<u>WITNESS THAT WILL BE CALLED</u>:

David Eads;

Kevin Watson

Jerry Peterson;

Dorothy Minta

Steve Lister;

Scott Everett;

John Wall;

William E. Smith;

Mike Page;

J. Michael Quinlan;

Jerry Peterson;

Linda Cooper;

/30

Christine Davis;

Donna Murphy;

Terry Jo Shine; and

Elloise Rossin

WITNESS WHO MAY BE CALLED:

Darlene Lister;

Jaye R. Smith;

Officer Boone-Sullivan; and

Gary Harris

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Witness List has been furnished to John E. Duvall, Esquire, Ford & Harrison LLP, 121 West Forsyth Street, Suite 1000, P. O. Box 41566, Jacksonville, Florida 32202, on this 3rd day of November, 2003, by:

*Michael G. Harris*
Michael G. Harris,
P. O. Box 1624
Lake City, Florida 32056-1624
(386) 719-9938