**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL G. HARRIS,

    Plaintiff,

v.                      Case No. 3:00-cv-1297-J-12TEM

CORRECTIONS CORPORATION OF
AMERICA,

    Defendant.

_____

## O R D E R

This cause is before the Court on Plaintiff's Motion for Reconsideration of the Court's Order [Doc. 194](Doc. 195), and Plaintiff's Motion to Recuse (Doc.196), filed November 8, 2007.

The Plaintiff has not provided a sufficient basis warranting reconsideration of the Court's Order (Doc.194). For the reasons set forth in the Court's Order (Doc. 194), the record clearly establishes that the Defendant and the Clerk's Office did not perpetrate a fraud upon the Court regarding the filing of the Defendant's post-trial motion. The Court also finds no basis in law or fact for recusal in this case. Upon review of the motions, it is

    **ORDERED AND ADJUDGED:**

    1.    That Plaintiff's Motion for Reconsideration of the Court's Order (Doc. 195) is denied; and

    2.    That Plaintiff's Motion to Recuse (Doc.196) is denied.

    **DONE AND ORDERED** this _____5th_____ day of December 2007.

                                Howell W. Melton
                                Senior United States District Judge

c:    Counsel of Record    Plaintiff, pro se