UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL G. HARRIS,

    Plaintiff,

v.                                                          Case No. 3:00-cv-1297-J-12MCR

CORRECTIONS CORPORATION OF
AMERICA,

    Defendant.

## O R D E R

This cause is before the Court on "Plaintiff's Motion for Reconsideration of Void Judgment" (Doc. 202)(motion for reconsideration), filed July 2, 2008, and "Plaintiff's Motion Requesting Permission for Supplement for Reconsideration of Void Judgment" (Doc. 203)(motion to supplement), filed July 15, 2008. As of the date of this Order, the Defendant has not filed a response to either motion.

The Court will grant Plaintiff's motion to supplement (Doc. 203) and permit the Plaintiff to supplement his motion for reconsideration with the materials submitted as Doc. 204. The Plaintiff filed a duplicate motion to supplement (Doc.205) with identical supplementary materials (Doc. 206) on July 23, 2008. The Defendant has not filed a response to this motion. The Court will terminate Doc. 205 as moot.

The Court has reviewed the Plaintiff's submissions regarding his motion for reconsideration and finds that the Plaintiff has presented no factual or legal basis for reconsideration of the Court's Order (Doc. 201) denying Plaintiff's motion for relief from judgment (Doc. 200). See also Doc. 194, Order denying Plaintiff's Motion for Relief from

Judgment for Fraud. Accordingly, it is

ORDERED AND ADJUDGED:

1. That "Plaintiff's Motion Requesting Permission for Supplement for Reconsideration of Void Judgment" (Doc. 203) is granted;

2. That "Plaintiff's Motion Requesting Permission for Supplement for Reconsideration of Void Judgment" (Doc. 205) is hereby terminated as moot; and

3. That "Plaintiff's Motion for Reconsideration of Void Judgment" (Doc. 202) is denied.

**DONE AND ORDERED** this ___29th___ day of July 2008.

*Howell W. Melton*
Senior United States District Judge

c:   Plaintiff, pro se
     Counsel of Record