UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL G. HARRIS,

    Plaintiff,

v.                          Case No. 3:00-cv-1297-J-12MCR

CORRECTIONS CORPORATION OF
AMERICA,

    Defendant.

_____

## O R D E R

This cause is before the Court on Plaintiff's Motion for Reconsideration (Doc. 224), filed November 14, 2012. Plaintiff asks the Court to reconsider its Order (Doc. 223) denying Plaintiff's Motion for Relief From Void Judgment (Doc. 222). Upon review of the matter, for the reasons set forth in the Court's numerous previous Orders and the Orders of the United States Court of Appeals (cited in the Court's Order (Doc. 223), the Court's Order (Doc. 167) setting aside the jury's verdict in this case and directing judgment as a matter of law for Defendant is not void or otherwise due to be set aside. Accordingly, it is

**ORDERED AND ADJUDGED:**

That Plaintiff's Motion for Reconsideration (Doc. 224) is denied.

**DONE AND ORDERED** this ___13th___ day of December 2012.

                                                            */s/ Howell W. Melton*
                                                  Senior United States District Judge

Copies to:       Plaintiff, pro se                   Counsel of Record