**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL G. HARRIS,

    Plaintiff,

        v.                              Case No. 3:00-cv-1297-J-99TJC-MCR

CORRECTIONS CORPORATION OF
AMERICA,

    Defendant.
_____

## ORDER

This cause is before the Court on Plaintiff's Amended Motion for Reconsideration and Enforcement of Stipulated Fact Agreement (Doc. 232, Motion for Reconsideration). Plaintiff's Motion for Reconsideration contains a Certificate of Service indicating that a copy was mailed to Defendant's Counsel of Record. Defendant has not filed a response, nor was it required to do so, as this case is closed and the judgment has been final for some eight (8) years.

Plaintiff requests that the Court reconsider its Order (Doc. 229, Order) denying his Motion for Enforcement of Court Order (Doc. 228) for lack of jurisdiction. This case remains on appeal, and for the reasons set forth in the Court's Order, the Court lacks jurisdiction to consider matters related to the merits of Plaintiff's case. Accordingly, it is

**ORDERED:**

Plaintiff's Amended Motion for Reconsideration and Enforcement of Stipulated Fact Agreement (Doc. 232) is denied.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of October, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

Copies to:

Plaintiff, pro se
Counsel of Record