Case 3:00-cv-01297-TJC-MCR   Document 254   Filed 09/25/15   Page 1 of 2 PageID 1973

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL G. HARRIS,

        Plaintiff,

vs.                                              Case No. 3:00-cv-1297-J-32MCR

CORRECTIONS CORPORATION OF
AMERICA,

        Defendant.

---

**ORDER**

Pro se plaintiff's Motion to Recuse and Disqualify (Doc. 252) is **DENIED**. Plaintiff has failed to allege any basis for an "objective, disinterested, lay observer fully informed of the facts" to "entertain a significant doubt about the [undersigned's] impartiality," nor has he set forth any basis to find the undersigned has any personal bias or prejudice concerning the parties or proceedings. United States v. Patti, 337 F.3d 1317, 1321 (11th Cir. 2003) (discussing bases for recusal under 28 U.S.C. § 455(a) and (b)). Moreover, this case has long been closed and there is no further relief for plaintiff to pursue in this matter; thus, there would be no basis for the undersigned to recuse in any event (and plaintiff's request that the undersigned do so pursuant to 28 U.S.C. § 144 is therefore untimely). Additionally, as has been explained in prior Orders both by this Court and the Eleventh Circuit, further efforts to undermine the Court's entry of judgment in favor of defendant are futile. See, e.g., Docs. 242, 248, 249. Plaintiff's Motion for Void Judgment for the Court to Finalize Judgment for Enforcement of Stipulated Fact Agreement (Doc. 253) is therefore **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of September, 2015.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
pro se plaintiff